# United States Court of Appeals

## For the Eighth Circuit

_____

No. 15-3289

_____

Amie Reeves

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: May 24, 2016
Filed: May 27, 2016
[Unpublished]

_____

Before SMITH, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Amie Reeves appeals the district court's[1] order affirming the denial of supplemental security income and disability insurance benefits. Upon de novo

_____

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

review, see Lott v. Colvin, 772 F.3d 546, 548-49 (8th Cir. 2014), we conclude that the two narrow issues Ms. Reeves identifies do not provide a basis for reversing the administrative law judge's (ALJ's) determination that she is not disabled. To warrant remand, a claimant must show prejudice from an error during administrative proceedings, see Samons v. Astrue, 497 F.3d 813, 821 (8th Cir. 2007); and an ALJ's failure to cite certain evidence does not indicate that the evidence was not considered, see Craig v. Apfel, 212 F.3d 433, 436 (8th Cir. 2000). The judgment of the district court is affirmed.

_____